**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alice Rybolt, et al,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Mario Terrence Valella,<br>et al.,<br><br>        Defendants. | No.CV-07-8009-PCT-PGR<br><br>AMENDED SCHEDULING ORDER |

    IT IS ORDERED that the parties' Request for Status Conference to Clarify Modified Scheduling Dates (doc. #32) is denied.

    IT IS FURTHER ORDERED that the parties' Joint Motion to Extend Discovery Deadlines (doc. #32) is granted as follows:

    (1) Expert witness depositions shall be completed by **July 16, 2008**.

    (2)   All discovery, including answers to interrogatories, shall be completed by **August 8, 2008**, and supplemental disclosures and discovery responses shall thereafter be made as required by Fed.R.Civ.P. 26(e).

Discovery which cannot be timely responded to prior to the discovery deadline will be met with disfavor, and could result in denial of an extension, exclusion of evidence, or the imposition of other sanctions.  Parties are directed to LRCiv 7.2(j), which prohibits filing discovery motions unless the parties have first met to resolve any discovery difficulties.  If parties cannot reach a resolution of discovery disputes arising during depositions, they are directed to arrange a conference call with the Court to resolve the disputes.

  (3) All dispositive motions shall be filed by **September 5, 2008**.

  (4) A Joint Pretrial Statement shall be filed by **September 22, 2008**.  If dispositive motions are filed, then this Joint Pretrial Statement shall be due either on the above date or 30 days following the resolution of the motions, whichever is later.  The content of the Joint Pretrial Statement shall include, but not be limited to, that prescribed in a standard form of Joint Pretrial Statement provided to the parties.  The parties shall augment the Joint Pretrial Statement as necessary so it contains all of the pretrial disclosures as defined and required by Fed.R.Civ.P. 26(a)(3).  It shall be the responsibility of the plaintiffs to timely initiate the process of drafting the Joint Pretrial Statement and the plaintiffs shall submit their draft of the Joint Pretrial Statement to the defendants no later than <u>ten business days</u> prior to the date for filing the Joint Pretrial Statement.

(5)  Motions in limine shall be filed no later than the date of filing of the Joint Pretrial Statement.  Responses to motions in limine are due ten business days after service.  No replies are permitted.  The hearing on the motions in limine, if one is permitted by the Court, will take place at the time of the Pretrial Conference.  <u>No motion in limine shall be filed unless a statement of moving counsel is attached thereto certifying that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter</u>.

(6) The Pretrial Conference set for August 11, 2008 is vacated, and the attorneys for each party who will be responsible for trial of the lawsuit, or the parties if <u>pro per</u>, shall appear and participate in a Pretrial Conference on **Monday, October 20, 2008, at 3:00 p.m.**  Because Pretrial Conferences are held for the parties' benefit, and further because the parties' presence will facilitate frank discussion of the pertinent issues in the lawsuit, each party or a representative with binding settlement authority shall attend the Pretrial Conference.  If dispositive motions are filed, the Court will continue the date of the Pretrial Conference, if one is still necessary, until after the resolution of such motions and the filing of a Joint Pretrial Statement.

(7) Unless otherwise subsequently ordered by the Court, the parties' trial briefs, proposed findings of fact and conclusions of law or proposed jury instructions and voir

dire questions shall be filed no later than **October 31, 2008**.[1]

(8) Unless otherwise subsequently ordered by the Court, the trial of this action shall commence on **Tuesday, November 18, 2008, at 9:00 a.m.** in the U.S. Post Office and Courthouse, Second Floor, 101 W. Goodwin, Prescott, AZ.

(9) **The parties are cautioned that the deadlines set in this Scheduling Order shall be enforced, and that the Court will not entertain any stipulations to continue them - any request to extend any of the deadlines set herein must be made by means of a motion, joint or otherwise, and no such motion shall be granted unless very good cause is shown.**

DATED this 19th day of May, 2008.

/s/ Paul G. Rosenblatt
Paul G. Rosenblatt
United States District Judge

---

[1] The trial brief shall raise all significant disputed issues of law and fact, including foreseeable procedural and evidentiary issues, and shall set forth the party's positions thereon with supporting arguments and authorities.

A form with instructions regarding the marking, listing and custody of exhibits, and a form with instructions regarding the submission of jury instructions, shall be given to counsel at the Pretrial Conference.

- 4 -