**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alice Rybolt, et al., <br><br> Plaintiffs, <br> vs. <br><br> Mario Terrence Valella, et al, <br><br> Defendants. | No. CV-07-8009-PHX-PGR <br><br> <u>ORDER</u> |

According to the Notice of Suggestion of Death (doc. #35), the statutory plaintiff in this wrongful death action, Alice Rybolt, the mother of decedent Michael Rybolt, died on May 18, 2008.  To date no replacement statutory plaintiff has been named.  Ms. Rybott's counsel, Thomas J. Howard of Phillips and Associates, has moved to withdraw from this action due to Ms. Rybolt's death.  Counsel has informed the Court that he has located two adult children of the decedent, Eli Geschwentener and Michelle Prunty, either one of whom may serve as a statutory plaintiff pursuant to A.R.S. §12-612.  Counsel has further informed the Court that he corresponded with Mr. Geschwentener and Ms. Prunty at the end of May, 2008 in order to inform them of the existence of this action, of the existing time limits and deadlines, and of his intent to withdraw as counsel, and to advise them to retain new counsel if they wish to participate in this action;

counsel further states that he has provided Mr. Geschwentener, who is a resident of Phoenix, with a complete copy of the file of this action.

Since neither Mr. Geschwentener nor Ms. Prunty has objected to the motion to withdraw as counsel notwithstanding that they were both served with a copy of the motion, the Court will grant the motion to withdraw.

Since this action currently has no statutory plaintiff, and cannot continue without a statutory plaintiff, Mr. Geschwentener and Ms. Prunty are advised that this action will be dismissed for lack of prosecution unless a new statutory plaintiff makes an appearance through counsel no later than September 15, 2008. Therefore,

IT IS ORDERED that the Motion to Withdraw as Counsel for Plaintiffs (doc. #39) is granted and that Thomas J. Howard and the law firm of Phillips and Associates are withdrawn as counsel for the plaintiffs.

IT IS FURTHER ORDERED that this action will be dismissed for lack of prosecution unless a new statutory plaintiff makes an appearance in this action no later than September 15, 2008.

IT IS FURTHER ORDERED that all pending deadlines set forth in the Amended Scheduling Order (doc. #33) are stayed pending further order of the Court.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail a copy of this Order to Eli Geschwentener, 257 East Beck Lane, Phoenix, AZ 85022, and to Michelle Prunty, 3939 165th Place NE, Apt. A182, Redmond, WA 98052.

DATED this 11th day of August, 2008.

Paul G. Rosenblatt
United States District Judge